

# In the Missouri Court of Appeals
# Eastern District

MARCH 29, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED102182   MICHAEL M. PENNELL, APP V STATE OF MISSOURI, RES

2.  ED102481 STATE OF MISSOURI, RES V RALPH H. CATO, APP

3.  ED102856 MARIO HAWKINS, APP V STATE OF MISSOURI, RES

4.  ED102904 M.C., APP V DIRECTOR OF REVENUE, RES

5.  ED102908 STATE OF MISSOURI, RES V DERRICK BARNES, APP

6.  ED102979 JOHN DONLEY, APP V STATE OF MISSOURI, RES

7.  ED103205 EDMUND VOGEL, APP V SECOND INJURY FUND, RES